**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                                        Plaintiff,

                        - against -

CASWELL-MASSEY, LLC and EQUITIUM, INC.,

                                        Defendant.
-----------------------------------------------------------X

Case No.   1:18-cv-8129-VSB

## **NOTICE OF VOLUNTARY DISMISSAL**

        Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, without prejudice and without costs, of the above-referenced matter against Equitium, Inc.  No Answer has been filed in this case.

Dated:  Brooklyn, New York
         April 24, 2019

                                              SHAKED LAW GOUP, P.C.
                                             Attorneys for Plaintiff

                                           By:*/s/Dan Shaked*
                                              Dan Shaked (DS-3331)
                                              44 Court St., Suite 1217
                                              Brooklyn, NY 11201
                                              Tel. (917) 373-9128
                                              Fax (718) 704-7555
                                              e-mail: ShakedLawGroup@Gmail.com